United States District Court
Southern District of Texas

**ENTERED**
May 22, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TONI MARIE CAPONE KINSEY, | § | |
| TANEISHA KITTLING, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:25-cv-5848 |
| | § | |
| SAL LALLAHU ALAIHU | § | |
| WASALLAM LLC *et al.*, | § | |
| | § | |
| Defendant. | | |

## MEMORANDUM AND RECOMMENDATION

On May 20, 2026, Plaintiff Taneisha Kittling ("Plaintiff" or "Ms. Kittling") and Defendants filed an Agreed Motion for Nonsuit. (ECF No. 35). Pursuant to the motion, Plaintiff and Defendants "have agreed to a mutual settlement of all their claims." (*Id.* at 1). As such, "Plaintiff and Defendants request a dismissal of the lawsuit with prejudice." (*Id.* at 2.).

Based on the foregoing, the Court **RECOMMENDS** Ms. Kittling and Defendants' Agreed Motion for Nonsuit (ECF No. 35) be **GRANTED** and Ms. Kittling's claims against Defendants be **DISSMISSED WITH PREJUDICE**. The Court **FURTHER RECOMMENDS** Plaintiff Taneisha Kittling be **DISMISSED** and **TERMINATED** as a party in this action. Plaintiff Toni Marie Kinsey's claims remain pending against Defendants.

The Clerk shall send copies of this Memorandum and Recommendation to the respective parties who have fourteen days from the receipt thereof to file written objections thereto pursuant to Federal Rule of Civil Procedure 72(b) and General Order 2002-13. Failure to file written objections within the time period mentioned shall bar an aggrieved party from attacking the factual findings and legal conclusions on appeal.

**SIGNED** in Houston, Texas on May 22, 2026.

Richard W. Bennett
United States Magistrate Judge