United States District Court
Southern District of Texas

**ENTERED**

June 12, 2026

Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| TONI MARIE CAPONE KINSEY and TANEISHA KITTLING,<br>Plaintiffs, | § <br> § <br> § <br> § <br> § <br> § | CIVIL ACTION NUMBER<br>4:25-cv-05848 |
| versus | § <br> § <br> § | JUDGE CHARLES ESKRIDGE |
| SAL LALLAHU ALAIHU WASALLAM LLC, *et al*,<br>Defendants. | § <br> § <br> § | |

## ORDER ADOPTING
## MEMORANDUM AND RECOMMENDATION

Plaintiffs Toni Marie Capone Kinsey and Taneisha Kittling filed this lawsuit, asserting claims for alleged violations of the Fair Labor Standards Act against Defendants Sal Lallahu Alaihu Wasallam LLC, Akmfnsh Enterprise, Inc, and Akhlaque Hussain. Dkt 1. The matter was referred for disposition to Magistrate Judge Richard W. Bennett. Dkt 10.

Pending is an agreed motion for nonsuit, which indicates that Plaintiff Taneisha Kittling and Defendants "have agreed to a mutual settlement of all their claims." Dkt 35. They thus jointly request dismissal of all claims between them with prejudice. Id at 2.

Judge Bennett recommends that the motion for nonsuit be granted and that all of Kittling's claims against Defendants be dismissed with prejudice. Dkt 36.

The district court reviews *de novo* those conclusions of a magistrate judge to which a party has specifically objected. See FRCP 72(b)(3) & 28 USC §636(b)(1)(C); see

also *United States v Wilson*, 864 F2d 1219, 1221 (5th Cir 1989, *per curiam*). The district court may accept any other portions to which there's no objection if satisfied that no clear error appears on the face of the record. See *Guillory v PPG Industries Inc*, 434 F3d 303, 308 (5th Cir 2005), citing *Douglass v United Services Automobile Association*, 79 F3d 1415, 1430 (5th Cir 1996, *en banc)*; see also FRCP 72(b) advisory committee note (1983).

None of the parties filed objections. No clear error otherwise appears upon review and consideration of the Memorandum and Recommendation, the record, and the applicable law.

The Memorandum and Recommendation of the Magistrate Judge is ADOPTED as the Memorandum and Order of this Court. Dkt 36.

The agreed motion for nonsuit by Plaintiff Taneisha Kittling and Defendants is GRANTED. Dkt 35.

All claims brought by Taneisha Kittling as DISMISSED WITH PREJUDICE. She is further TERMINATED as a party to this action.

Plaintiff Toni Marie Kinsey's claims remain pending against Defendants.

SO ORDERED.

Signed on June 12, 2026, at Houston, Texas.

Honorable Charles Eskridge
United States District Judge

2